IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS<br><br>Plaintiffs,<br><br>v.<br><br>BOS AND SON, INC.,<br><br>Defendant. | Case No: 13 C 50082<br><br>District Judge Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## REPORT AND RECOMMENDATION

Motion Hearing held on 2/19/2014. It is the report and recommendation of the Magistrate Judge that the District Court grant Plaintiffs' Motion for Entry of Default 25 and enter Plaintiffs' Proposed Turnover Order 25. The District Court may then choose to return the case to the Magistrate Judge so that he may conduct a prove-up hearing and compose a report and recommendation as to damages. Parties are given 14 days from service of this order, as calculated under Fed. R. Civ. P. 6, to file objections with the District Court pursuant to Fed. R. Civ. P. 72.

ENTER: 2/19/2014

Hon. P. Michael Mahoney
U.S. Magistrate Judge