IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry Welfare Fund of Rockford, Illinois, | ) ) ) ) ) Case No. 13 C 50082 |
| Plaintiffs, | ) ) |
| vs. | ) Judge Philip G. Reinhard ) |
| Bos and Son, Inc. | ) ) |
| Defendants. | ) |

## ORDER

      On 2/19/2014, Magistrate Judge Mahoney entered a report and recommendation [27] that plaintiff's motion [25] for entry of default be granted and that the proposed turnover order [25-1] be entered. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Defendant is found to be in default. The turnover order [25-1] is entered. (See separate order). This matter is returned to the magistrate judge to conduct a prove-up hearing and enter a report and recommendation as to damages.

Date: 3/19/2014                                ENTER:

                                                                 *Philip G. Reinhard*
                                                         United States District Court Judge

                                                                          Electronic Notices. (LC)